# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| 2700 MIAMISBURG-CENTERVILLE ROAD, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ELDER OHIO I DELAWARE BUSINESS TRUST, et al.,<br><br>        Defendants. | CASE NO.: 3:19-cv-00051<br><br>JUDGE THOMAS M. ROSE<br><br>MAGISTRATE JUDGE SHARON L. OVINGTON<br><br>**STIPULATED ORDER VACATING ENTRY AND ORDER** |

The parties by counsel having stipulated and agreed to the within order, IT IS HEREBY ORDERED that the Entry and Order entered May 9, 2019 (Dkt. 17, as amended, Dkt. 18)) granting Plaintiff's Motion for Costs and Expenses (Dkt. 16) be and hereby is vacated and released of record;

FURTHER ORDERED, that the Clerk of the Court docket this order upon entry hereof.

| | |
|---|---|
| May 13, 2019 | *s/Thomas M. Rose |
| DATE | DISTRICT JUDGE THOMAS M. ROSE |

| STIPULATED AND AGREED: | |
|---|---|
| */s/ Richard Boydston*<br>Richard Boydston (0022360)<br>  2700 Miamisburg-Centerville Road, LLC<br>Bingham Greenebaum Doll, LLP<br>255 East Fifth Street #2350<br>Cincinnati, Ohio 45202-4728<br>513.455.7663<br>513.762.7963 (fax)<br>rboydston@bdglegal.com<br><br>*Counsel for Plaintiff* | */s/ Jamie M. Ramsey*<br>Jamie M. Ramsey (0071369)<br>CALFEE HALTER & GRISWOLD LLP<br>2800 First Financial Center<br>255 East Fifth Street<br>Cincinnati, Ohio 45202-4728<br>TEL: (513) 693-4889<br>FAX: (513) 842-7028<br>jramsey@calfee.com<br><br>*Attorneys for Defendants Elder Ohio I Delaware Business Trust and Jon F. Hanson* |